UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
THOMAS FIELDS,

    Plaintiff,

 -against-

SUPERINTENDANT WILLIAM LEE, et al.,

     Defendant.
---------------------------------x

AMENDED COMPLAINT

12 CIV. 480 (AJN)

THOMAS FIELDS, being duly sworn, deposes and says:

I am the petitioner and plaintiff in the above caption, due submit this motion pursuant to Rule 15(a)(1)(B), fed. R. Civ P., and Rule 12(b), amending his complaint under docket # 12 Civ. 480.

In accords to 42 U.S.C. § 1983 section titled V. RELIEF, plaintiff seeks the following relief:

1. Plaintiff seeks upon determination by the court for all defendants employed by the State and Greenhaven Correctional Facility, mentioned herein to be santioned and held accountable by the court for their misconduct and disregard for plaintiff's saftey, well-being, care, custody and control blatten violating the policy and procedures that govern employee's by the state.

2. Plaintiff seeks the arrest of officer bressett for unjustified and violate abuse and assualt on plaintiff and his attempt to cover up his involvement.

3. Plaintiff seeks compensatory damages in the amount of 100,000 dollars, punative damages in the amount of 100,000 dollars for physical, mental and emotional damages, pain, suffering and harrassment inflicked on plaintiff by defendants and 75,000 dollars for official misconduct from each defendant involved.

Plaintiff states a 8th amendment violation of his right against cruel and unusual punishment was violated by all mentioned defendants. Defendants displayed official misconduct. Defendants tryed to cover up this incident. All defendants had no concern for plaintiff's safety, sercurity, well-being, care, custody and control.

OFFICER BRESSETT- violated policy and procudure, harressed, belitted, threated, physically and sexually assualted plaintiff. Officer bressett has a history of numerous unjust and violate assualts on on inmates. He has displayed acts of blatten misconduct and unprofessional behaviors. At teir hearing he tryed to cover up his involvment with incident by stating on record that he was not present or involved with incident, only to found lieing as his on co-workers and witness placed him at the incident from start to beginning. His on co-workers placed him there as he denied his involvment. Officer bressett violated plaintiffs rights, saftey and sercurity, care, custody and control.

SGT. O'CONNER- violated policy and procudure as he took part in the cover up of incident. He ordered officer bressett to come into my cell and handcuff me. He then watched as officer bressett assualted me. He denied me mental health treatment, and tryen to cover up officer bressetts involvment. He also took part in physically and sexually assualting plaintiff with a barton as I layed on the floor handcuffed. Sgt o'connor vilated plaintiff's rights, saftey and security, care custody and control.

SGT LACOSE- who has not been able to be identfied by U.S. MARSHALLS or Greenhaven Correctional facility was plaintiffs teir hearing assist and presented plaintiff with falsified and tampered documents iscoverd by plaintiff and hearing officer at tier hearing. He rendered ineffective assistance and knowingly presented defendant with falsified and tampered documents violating plaintiff's right to have effect assistance.

OFFICER KOVAC- who could not be identified by U.S. MARSHALLS or Greenhaven Correctional Facility was with officer bressett and identified officer bressett as being present with him. He wrote a false report and participated in trying to cover up incident violating plaintiff's rights and policy and procudure.

Dr. NEUBAUER- took part in trying to cover up mental healths lack of concern for plaintiffs saftey, care, custodt and control and falsified why she and another mental health staff were persent at incident and whom they were there to see. She also took part in dening plaintiff mental health treatment and witness officer bressett physical assualt plaintiff and refused to testify.

SUPERINTENT WILLIAM LEE- was notified by plaintiff of allegations of employ misconduct and failed to conduct a full investigation into allegations made and did not listen to plaintiff's teir 3 hearing proceedings as requested. He displayed a lack of concern and biasness towards plaintiff and favored his employees validing there misconduct violating policy and procedure of state employee's. He unprofessional and displayed total disregard for plaintiff's safety care, custody, control and well-being.

CAPTAIN ROYCLE- conducted plaintiff's teir 3 hearing and took part in trying to cover up employee's involved with incident's misconduct He denied plaintiff witnesses and tryed to wrongfully justify false and tampered documents given to plaintiff by his teir hearing assistant. He displayed biasness and cruel and unusual punishment by finding plaintiff guilty of infractions and given him 6 months s.h.u. confinement and 3 months lose of goodtime unjustly. Evidence presented at teir hearing clearly demonstrated misconduct on the part of all employee's of greenhaven and the state involved.

DR. KIM, DR, MORLAS AND MS.ROSS- all tryed to cover up incident collaborating with correctional officers, refusing to testify on plaintiff's behalf, refusing plaintiff proper mental health treatment, misdianosing plaintiff by falsifing documents and statements that sent plaintiff to Marcy hosptial. The mental and emotional stress placed on plaintiff by mental health and correctional officers caused plaintiff to sink into a deep depression as he feared for his well-being causing plaintiff to attempt suicide in which plaintiff injured his neck and had to be hosptailized for injuries. Plaintiff was hosptailized after by mental health and transfered to Marcy Hosptial in which he spent nearly 8 months whiched caused him hardship Mental Health staff of greenhaven displayed no concern for plaintiff's well-being and disregard for his safety, care, custody and control.

Recordings of plaintiff's teir hearing and documents presented will without a doupt display and validate plaintiff's claims as to official misconduct and violation of his 8th amendment right by defendants. Defendants teir hearing guilty finding was appealed to Albany adminstration and guilty finding reversed. The inspector general's office investigated incident and defendants might have been sationed or disiplined.

Plaintiff is requesting from the court that officer kovac and sgt. lacose be identified and made part of complaint.

For these facts stated herein plaintiff asked that defendants motion to dismiss complaint be denied and futher proceedings conducted by the court. Plaintiff humbelly and respectfully prays for relief sought herein.

SIGNED: _Thomas Fields_

DATED: 8-10-12

THOMAS FIELDS 10A2057
ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

TO: The Honorable Judge
Alison J. Nathan
United States District Court / S.D.N.Y.
U.S. Court House - 500 Pearl Street
New York, New York 10007



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office

**RECEIVED AUG 14 2012 PRO SE OFFICE**

**SCANNED**

+

| | | |
|---|---|---|
| To: | The Honorable | Judge Alison J. Nathan , |
| From: | R.Diaz | , Pro Se Intake Clerk, Docket Services, Ext. 1177 |
| Date: | 8/14/2012 | |
| Re | Fields v. Lee et al, Inc, 1:12-cv-00480-AJN | |

The attached document, which was received by this Office on __8/13/12__, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

( )  No original signature.

(X)  No Affirmation of Service/ proof of service.

( )  Other:_____

_____

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(✓) ACCEPT FOR FILING        ( ) RETURN TO *PRO SE* LITIGANT

_A. Nathan_
United States District Judge
Dated: 8/14/12

Comments:
_____
_____
_____
_____

_____
United States Magistrate Judge
Dated:



ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Thomas Fields    DIN: 10A2057

LEGAL MAIL

To: The Honorable Judge
Alison J. Nathan
United States District Court
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, New York 10007